UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

10:00 a.m.

NELCO LIMITED PARTNERSHIP,

    Plaintiff,

v.

ANALYTICAL PROCESS CORPORATION,

    Defendant

v.

ANALYTICAL PROCESS CORPORATION,

    Third Party Plaintiff,

v.

GREATLAND CORPORATION,

    Third Party Defendant.

Case No. 03-C-721

**HEARING MINUTE SHEET**

---

**Hon William C. Griesbach, presiding.**

**Type of proceeding:** Telephone Conference

**Date:** September 2, 2005

**Time Commenced:** 10:00 a.m.

**Deputy Clerk:** Mary Conard

**Court Reporter:**

**Time Concluded:** 10:20 a.m.

**Appearances: Plaintiff:** James Moskal

            **Defendant:** Jeffrey Sokol

**Comments:**

Plaintiff states obligation in paragraph 3 of Settlement agreement is not being complied with. Defendant is not releasing full list of names.

Parties discuss Motion to Enforce Settlement Agreement. A hearing can be scheduled after 9-19-05 if no compliance.

Defendant states effort has been made to comply with agreement. He is not aware of names that have not been submitted. He requests a name from Plaintiff to reference. Court will enter Order enforcing settlement agreement.